**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

State of Minnesota   District of Minnesota
                           (State)

Case number (If known): _____ Chapter 11

RECEIVED

MAR 1 8 2025

TIME: 3:27 pm

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
MICHAEL JEROME HARVEY TRUST, MICHELE NICOLE HARVEY TRUST

2. **All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names  
Michael-Jerome:Harvey, Trustee/Authorized Representative  
Michele-Nicole:Harvey, Trustee/Authorized Representative

3. **Debtor's federal Employer Identification Number (EIN)**  
99-6147672    93-6844876

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4937 Beard Avenue North | 4048 Lakeland Avenue N |
| Number  Street | Number  Street |
|  | 22382 |
|  | P.O. Box |
| Brooklyn Center, MN 55429 | Minneapolis, MN 55422-2382 |
| City  State  ZIP Code | City  State  ZIP Code |
| Hennepin | Location of principal assets, if different from principal place of business |
| County | Number  Street |
|  | City  State  ZIP Code |

5. **Debtor's website (URL)**  _____

Debtor  **M/M HARVEY TRUST**  Case number (if known) _____
       Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☑ Other. Specify: Living Trust

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☑ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ☐ No
   - ☑ Yes.  District Minnesota  When 10/23/2024  Case number 24-42884

   If more than 2 cases, attach a separate list.
   District _____  When _____  Case number _____
                      MM / DD / YYYY

Debtor   **M/M HARVEY TRUST**   Case number (if known) _____
         Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    
    List all cases. If more than 1, attach a separate list.
    
    ☑ No
    ☐ Yes.  Debtor _____ Relationship _____
            District _____ When _____
                                                  MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**
    
    Check all that apply:
    
    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    
    ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    
    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    **Why does the property need immediate attention?** (Check all that apply.)
    
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    
    ☐ It needs to be physically secured or protected from the weather.
    
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    
    ☐ Other _____
    
    **Where is the property?** _____
                                Number      Street
    
    _____
    City                                State ZIP Code
    
    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**
    
    Check one:
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**
    
    ☑ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
    ☐ 50-99             ☐ 5,001-10,000       ☐ 50,001-100,000
    ☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
    ☐ 200-999

Debtor __M/M HARVEY TRUST__   Case number (if known)_____
     Name

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/14/2024__
    MM / DD / YYYY

X __Michele Neale Hay__  UCC1308 3-402   __Michele Nicole Harvey, TEE__
Signature of authorized representative of debtor         Printed name
                                                                  UCC1308, 3-402

Title __Sole Prop/ Trustee/ Coytrustee__

**18. Signature of attorney**

X _____   Date _____
Signature of attorney for debtor                MM / DD / YYYY

Printed name _____

Firm name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

Contact phone _____   Email address _____

Bar number _____   State _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __NA__.

2. The following financial data is the latest available information and refers to the debtor's condition on __03/18/2025__.

   a. Total assets                                            $ 1,012,500.00

   b. Total debts (including debts listed in 2.c., below)     $ 842,000.00

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   | | | | | |
   |---|---|---|---|---|
   | secured ☑ | unsecured ☐ | subordinated ☐ | $ 309,500.00 | 1 |
   | secured ☑ | unsecured ☐ | subordinated ☐ | $ 160,000.00 | 1 |
   | secured ☑ | unsecured ☐ | subordinated ☐ | $ 162,500.00 | 1 |
   | secured ☑ | unsecured ☐ | subordinated ☐ | $ 210,000.00 ere | 1 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | |

   d. Number of shares of preferred stock
   e. Number of shares common stock

   Comments, if any: __Litigants the matter have equitable interests in the securities, based on their standing as they issued the securities, liened against their estate, as an exchange for federal reserve credits, deposited into an account which requiring setoff, per federal laws of commerce and banking.__

3. Brief description of debtor's business: __Sole proprietor, Trust, business transactions are in securities and issuance of negotiable instruments, investments, real property acquisitions__

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Michael-Jerome:Harvey, co-trustee MICHAEL JEROME HARVEY TRUST, surety over MICHAEL JEROME HARVEY, DBA owns, 100% MICHAEL JEROME HARVEY, DBA, 50% voting power over trust. Michele-Nicole:Harvey, co-trustee, MICHELE NICOLE HARVEY TRUST, surety over MICHELE NICOLE WEST, DBA, owns 100% of MICHELE NICOLE WEST, co-trustee, MICHELE NICOLE HARVEY TRUST, 50%, voting power in the estate.

Official Form 201A            Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11